UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MATTHEW CHIRCOP

V.                                              CA NO:  05-30042-MAP

DONALD CAVANAUGH, ET AL

ORDER

August 17, 2005

PONSOR, U.S.D.J.

Pursuant to the provisions of Local Rule 4.1 and F.R.Civ.P. 4(m), the above captioned case is dismissed for failure of the plaintiff to file returns of service within 120 days of the filing of the complaint.

It is so ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U.S. DISTRICT JUDGE